**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,      :    No. 24 EM 2022

Respondent

v.

KYLE MATHIS,

Petitioner

## ORDER

**PER CURIAM**

**AND NOW**, this 10th day of August, 2022, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.